SO ORDERED.

Dated: January 26, 2010

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

TIFFANY & BOSCO
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-32245/1214105444

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Jeno Mozes and Andrea Sarolta Mozes<br>      Debtors.<br>_____<br>Chase Home Finance LLC<br>      Movant,<br>   vs.<br><br>Jeno Mozes and Andrea Sarolta Mozes, Debtors,<br>Robert A. MacKenzie, Trustee.<br><br>      Respondents. | No. 2:09-bk-32556-RTB<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #5) |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 14, 2006 and recorded in the office of the Maricopa County Recorder wherein Chase Home Finance LLC is the current beneficiary and Jeno Mozes and Andrea Sarolta Mozes have an interest in, further described as:

> LOT 184, SETTLER'S POINT SOUTH - PHASE II, ACCORDING TO BOOK 389 OF MAPS, PAGE 9 RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT